FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 26 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00335-BNB

SHAWN CARMACK,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
EXEC. DIR. ARISTEDES W. ZAVARAS,
DIVISION OF MEDICAL SERVICES D.O.C.,
STERLING MEDICAL DEPT.,
MEDICAL DEPT. SUPERVISOR, BEV DOWIS,
STERLING MEDICAL DEPT.,
UNNAMED MEDICAL STAFF, S.C.F.,
COLORADO DEPT. OF CORRECTIONS STERLING FACILITY,
MEDICAL STAFF UNDER CONTRACT TO D.O.C. - STERLING FACILITY, and
WEST MEDICAL AND EAST MEDICAL,

    Defendants.

## ORDER DISMISSING CASE

Plaintiff, Shawn Carmack, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the Sterling Correctional Facility in Sterling, Colorado. Mr. Carmack initiated this action by filing a *pro se* Prisoner Complaint and a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on February 8, 2011. He was granted leave to proceed *in forma pauperis* with payment of an initial partial filing fee.

On March 18, 2011, Magistrate Judge Boland determined that the Complaint was deficient because it named improper parties, and because it failed to allege the personal participation of each named defendant. Accordingly, Mr. Carmack was directed to file

an amended complaint. He was warned that the action would be dismissed without further notice if he failed to file an amended complaint within the time provided.

On April 21, 2011, Mr. Carmack filed a letter with the Court. In the letter, Mr. Carmack states that he seeks a voluntary dismissal of the action because he no longer wishes to proceed in this Court.

Fed. R. Civ. P. 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer or motion for summary judgment has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The letter, therefore, closes the file as of April 21, 2011. ***See Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of April 21, 2011, the date Plaintiff filed the letter in this action.

DATED at Denver, Colorado, this __26th__ day of ___April___, 2011.

BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00335-BNB

Shawn Carmack
Prisoner No. 97135
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 26, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk